UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHARNIKA JOY ARMSTEAD,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>　　　　　　　　Respondent. | Case No. 2:23-cv-370-JHC-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: MAY 19, 2023 |

Petitioner filed an application for leave to proceed *in forma pauperis* (IFP) and a proposed federal habeas petition pursuant to 28 U.S.C. § 2254. Dkt. 1, 4. To file a complaint and initiate legal proceedings plaintiff must pay a Court filing fee of $5.00 or file a proper IFP application. Local Civil Rule 3(b), (c).

Plaintiff filed the proposed complaint on March 13, 2023, and the IFP application on March 23, 2023. Dkt. 1, 4. On March 14, 2023, the Clerk's Office sent plaintiff a letter informing plaintiff that her application was deficient—that it did not include a certified copy of the prison trust account statement showing transactions for the last six months—and giving plaintiff until April 24, 2023, to provide either the filing fee or a complete IFP application. Dkt. 5. To date, plaintiff has not paid the filing fee or filed a proper IFP application. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and DISMISS the complaint without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **May 19, 2023,** as noted in the caption.

Dated this 28th day of April, 2023.

Theresa L. Fricke
United States Magistrate Judge