UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARNIKA JOY ARMSTEAD,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>Defendant. | CASE NO. 2:23-cv-00370<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, (Dkt. # 6), and the remaining record, does hereby find and ORDER:

(1) Petitioner filed a document on May 10, 2023. Dkt. # 7. It is unclear whether Petitioner intended this filing, which contains a series of bizarre statements, to serve as any objection to the Report and Recommendation. To the extent it is so intended, it fails as it does not address the deficiencies in the *in forma pauperis* application noted in the Report and Recommendation.

(2) The Magistrate Judge's Report and Recommendation is approved and adopted.

(3) Petitioner's federal habeas corpus petition is DISMISSED without prejudice.

ORDER - 1

(4)  Petitioner shall not be issued a certificate of appealability.

(5)  The Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 19th day of May, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2